# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-241 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Peter Michael Guevara, | |
| Defendant. | |

This matter is before the Court on Kevin W. DeVore's Motion to Withdraw as Counsel (Doc. No. 34). Mr. DeVore seeks to withdraw based on an irreconcilable conflict and a breakdown in communications between the defendant and counsel.

Accordingly, IT IS HEREBY ORDERED that Kevin W. DeVore's Motion to Withdraw (Doc. No. 34) is **GRANTED**. Substitute counsel shall be appointed as soon as possible to continue the representation of Defendant before the Court.

Dated: February 9, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge