RECEIVED
BY MAIL
DEC 1 5 2023
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINESOTA
21-cr-241 (ECT/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **DEFEDDANT MOTION FOR TEMPORARY INJUNCTION TO SUSPEND PRE-TRIAL MOTIONS HEARING ON DECEMBER 19, 2023** |
| Plaintiff, | ) | |
| v. | ) | |
| Peter Michael Guevara, | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The defendant, Peter Michael Guevara, files this motion for a temporary injunction on the pre-trial motions hearing set for December 19th, 2023. The purpose of this injunction is so defendant can address the Court and have a hearing on the 6th Amendment violation. Defendant makes claims that defense attorney Paul Engh has recently made a refusal to submit defendants witness list. Defendant has instructed attorney Paul Engh to submit his witness list to the Court for over 15 months. Defendant has been told by attorney Paul Engh only 5 days ago that he has not submitted a witness list and has no intention to submit a witness list. Defendant asks the Court to schedule a hearing so he may argue the merits of his witness list in Court.

Defendant is stating that the Compulsory Clause of the 6th amendment permits defendant to compel witnesses that are favorable to his defense and has the right to argue the merits of these witnesses in open Court. *Sixth Amendment establishes right of defendant to require presence of witness at trial and implies reciprocal right for government.* Harris v. White, 745 F.2d 523 (8th Cir. 1984).

Dated: December 12th, 2023     Respectfully submitted,

*/s/ Peter Guevara*

SCANNED
DEC 1 5 2023
U.S. DISTRICT COURT ST. PAUL