**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-241 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Peter Michael Guevara, | |
| Defendant. | |

---

Defendant filed a motion for Continuance of Pretrial Motions Hearing (Dkt. No. 132). Defendant requests the continuance to allow the Court to first address the alleged failure of Defendant's attorney to file a witness list, prior to the consideration of his pretrial motions.

Having considered the matter, **IT IS HEREBY ORDERED:**

1. Defendant's motion to continue the motion hearing (Dkt. No. 132) is **DENIED**.

2. Mr. Guevara may raise any issues identified in his motion for continuance at the hearing on December 19, 2022.

Dated: December 15, 2023        s/ David T. Schultz
                                DAVID T. SCHULTZ
                                U.S. Magistrate Judge